UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-21075-Cr-COOKE

UNITED STATES OF AMERICA,

    Plaintiff
vs.

JAMES MATHURIN,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER was referred to the Honorable William C. Turnoff, United States Magistrate Judge, for a Report and Recommendation on Defendant James Mathurin's Motion to Sever Counts [ECF No. 52], Motion to Suppress Identification Testimony [ECF No. 58], and Motion to Suppress Statements [ECF No. 61]. On July 19, 2010, Judge Turnoff issued a Report [ECF No. 110], recommending that the Defendant's Motion to Sever Counts be denied, that the Defendant's Motion to Suppress Identification Testimony be denied, and that the Defendant's Motion to Suppress Statements be denied. The Defendant timely filed his objections to Judge Turnoff's Report.

I have considered Judge Turnoff's Report and Recommendations, as well as the Defendant's objections, and have made a *de novo* review of the record. I find Judge Turnoff's Report and Recommendation clear, cogent, and compelling. Accordingly, it is **ORDERED and ADJUDGED** that Judge Turnoff's Report and Recommendation [ECF No. 110] is **AFFIRMED and ADOPTED**. Defendant James Mathurin's Motion to Sever Counts [ECF No. 52], Motion to Suppress Identification Testimony [ECF No. 58], and Motion to Suppress Statements [ECF No. 61] are **DENIED** consistent with Judge Turnoff's Report.

**DONE and ORDERED** in chambers, at Miami, Florida, this 17th day of August 2010.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*William C. Turnoff, U.S. Magistrate Judge*
*Counsel of record*